UNITED STATES DISTRICT AND BANKRUPTCY COURTS

FOR THE DISTRICT OF COLOMBIA

Dannette Martin

5551 B street, SE

Washington, Dc 20019

(202)-910-9616

Case: 1:19-cv-00416   F Deck
Assigned To : Unassigned
Assign. Date : 2/19/2019
Description: Pro Se Gen. Civil

VS

Komba's Auto Shop

1396 Florida Ave Ne

Washington Dc 20002

**RECEIVED**

**FEB 19 2019**

Clerk, U.S. District and
Bankruptcy Courts

COMPLAINT

On the date of July 14 , 2017, my 1999 Chrysler Sebring gold in color, was stolen from above shop while in my car was getting worked on in their possession.I was not made ware until the next day at 12;00 p.m The worker of the car repeatly drove and giot parking tickets while in their possession as well. The car

1

has gotten hundreds of dollars in tickets and fines. The tags were stolen and never found which acquired many of those tickets  The car was also just in the shop for a $700 tune up, not fully fixed . I returned the car to the shop and then it was stolen. I have not been able to drive or move the car still on this date. I am asking for a amount of $7500 in damages and in tickets that have impacted my life in a great deal, pain and suffering .

Dannette Martin

5551 B Street, SE

Washington, Dc 20019

# Superior Court of the District of Columbia
## CIVIL DIVISION
### SMALL CLAIMS AND CONCILIATION BRANCH
Bldg. B, 510 4th Street, N.W., RM –120
WASHINGTON, D.C. 20001   TELEPHONE 879-1120

Small Claims Form II                                                                                         General

**Plaintiff:** Danrette Mosby
**Address:** 5551 B Street SE, Washington DC 20019
**Phone No.:** 202-910-9166

vs.

**Defendant:**
(1) Cras Stetson / Carshy
(2) 1396 Florida Avenue NE
(3) Washington DC 20002

No. SC _____

## STATEMENT OF CLAIM

Car was stolen while in the possession of Komba's Auto Service, left there for repairs.

---

DISTRICT OF COLUMBIA, ss: _____ being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

**Plaintiff/Agent (Sign and Print Name):** Annette Mosby – Danrette Mosby

Title: _____

Address: _____
City/State/Zip Code: _____
Phone No.: _____

Subscribed and sworn to before me this _____ day of _____, 20____
                                                            (month and year)

_____
Deputy Clerk (or notary public)

Attorney for Plaintiff (Sign and Print Name): _____

Address: _____   Zip Code: _____
Bar No: _____   Phone No.: _____

## NOTICE (All parties must notify the court of any address changes.)

To (1): Komba's Auto Service
**Defendant**
Address: 1396 Florida Ave NE   Zip Code: WDC 20002
☐ Home   ☐ Business

(2) Defendant: _____
Address: _____   Zip Code: _____
☐ Home   ☒ Business

You are hereby notified that Danrette Mosby-Martin has made a claim and is requesting judgment against you in the sum of $2,500 dollars ($_____)

as shown by the foregoing statement. The court will hold a hearing upon this claim on _____ at 9:00 a.m. in the Small Claims and Conciliation Courtroom 119, Bldg. B, 510 4th Street, N.W.

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS. BRING THIS NOTICE WITH YOU AT ALL TIMES

## INSTRUCTIONS TO DEFENDANTS

**IMPORTANT:** IF YOU FAIL TO APPEAR AT THE TIME STATED OR AT ANY OTHER TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY, DAMAGES OR OTHER RELIEF DEMANDED IN THE STATEMENT OF CLAIM. IF THIS OCCURS, YOUR WAGES OR BANK ACCOUNT MAY BE ATTACHED OR WITHHELD OR ANY PERSONAL PROPERTY OWNED BY YOU MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. **DO NOT FAIL TO APPEAR AT THE REQUIRED TIME.**

Before any case goes to trial in the Small Claims and Conciliation Branch, a trained mediator will meet with all parties to see if a settlement can be worked out. If all parties are present when your case is called, you and the plaintiff will be able to see a mediator and hopefully settle your dispute without having to go to trial.

You may come with or without a lawyer. The Statement of Claim indicates whether the plaintiff has a lawyer. If the plaintiff does have a lawyer and you wish to dispute the claim, it would be in your best interest to have your own lawyer.

If you wish to have legal advice and feel that you cannot afford to pay a fee to a lawyer, you may contact the Neighborhood Legal Services Program at (202) 269-5100, the DC Law Students in Court Program at (202) 638-4798, Legal Counsel for the Elderly at (202) 434-2170 or the Legal Aid Society at (202) 628-1161. If you need further help, come to Building B, 510 4th Street, N.W., Room 120, for more information concerning places where you may ask for such help. You may also consult the legal aid directory on www.lawhelp.org/dc. Act promptly.

If it is impossible for you to appear on the date of trial, attempt to contact the Plaintiff to arrange a new date. If parties agree on a date, notify the clerk of the Small Claims Branch of this court in person or by phone of the new date. If parties cannot agree, you may contact the clerk who will inform you regarding procedures. If you do not appear on the new date, a judgment may be entered against you.

Whenever corresponding with the Small Claims clerk's office by mail, please include your case number and your date to appear in court.

You are given the following additional instructions in the event that you intend to appear without a lawyer:

If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing.

If you wish to have witnesses summoned, see the clerk at once for assistance.

If you admit the claim but desire additional time to pay, you must come to the hearing in person and state the circumstances to the Court.

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARTO EN ESPAÑOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DEL COLUMBIA, BUILDING B, 510 4TH STREET N.W., SALA 120.**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C. BUILDING B, 510 4TH STREET N.W., ROOM 120.**



**CIVIL DIVISION**
**SMALL CLAIMS AND CONCILIATION BRANCH**
**INFORMATION SHEET**

Plaintiff: Dannette Mosby-Martin

vs

Defendant: Kombos Auto Service

Case No: _____

Date: 9-19-18

---

Name: (please print) Dannette Mosby-Martin

Firm Name, if applicable: _____

Telephone No: 202-910-9616

6 Digit Unified Bar No.: _____

Relationship to Lawsuit:
- [ ] Attorney for Plaintiff
- [x] Self (Pro Se)
- [ ] Other:

Do you need an interpreter for your case? [ ] Yes  [ ] No  If yes, what type: _____

AMOUNT IN CONTROVERSY:  [ ] $1 -$500   [ ] $500.01 - $2,500   [x] $2,500.01 - $10,000

PENDING CASE(S) RELATED TO THE ACTION BEING FILED:
Case No: _____    Case No: _____

NATURE OF SUIT: (Check Appropriate Box(s))

**A. CONTRACTS** – a claim based on an agreement between parties made either orally or in writing
- [ ] Debt Suit
- [ ] Personal Property
- [ ] Unpaid Wages
- [ ] Breach of Contract
- [ ] Breach of Warranty
- [ ] Loan
- [ ] Services Rendered
- [ ] Home Improvement Contract
- [ ] Negotiable Instrument
- [ ] Rent Due
- [ ] Security Deposit
- [ ] Oral

**B. PROPERTY TORTS** – a claim for an injury or wrong committed on the property of another
- [x] Automobile
- [ ] Property Damage
- [ ] Conversion
- [ ] Destruction of Property
- [ ] Shop Lifting
- [ ] Trespass

**C. PERSONAL TORT** – a claim for an injury or wrong committed on the person of another
- [ ] Assault and Battery
- [ ] Automobile
- [ ] Harassment
- [ ] False Witness
- [ ] Personal Injury
- [ ] Fraudulent Misrepresentation
- [ ] Libel and Slander
- [ ] Negligence
- [ ] Slip and Fall

**D.** [ ] UNIFORM ARBITRATION ACT – an action based on an arbitration agreement

**G.** [ ] SUBROGATION – a claim filed by one person in the place of another

**E.** [ ] FOREIGN JUDGMENT- a judgment, decree or order filed from another jurisdiction

**H.** [ ] COLLECTION- a claim filed by a seller or lender to collect a consumer debt

**F.** [ ] MEDICAL MALPRACTICE – a claim against a healthcare provider for professional misconduct
Have you given notice of intention to file your lawsuit 90 days prior to filing? [ ] Yes  [x] No

CV-3046/Rev. Dec. 2016