

FILED
FEB 2 8 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANNETTE MARTIN,

    Plaintiff,

v.

    Civ. No. 19-0416 (UNA)

KOMBA'S AUTO SHOP,

    Defendant.

## MEMORANDUM OPINION

Plaintiff alleges that she had taken her vehicle to Komba's Auto Shop in July 2017. While the vehicle was in its possession, plaintiff alleges that the vehicle and its tags were stolen resulting in parking tickets and associated fines. She demands damages of $7500.

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). The complaint does not state a claim arising under the United States Constitution or federal law and, therefore, the plaintiff does not demonstrate federal question jurisdiction. Because the plaintiff's demand for monetary damages does not exceed $75,000, and because the parties both are citizens of the District of Columbia, the plaintiff fails to establish diversity jurisdiction.

Accordingly, the Court will grant the plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint for lack of subject matter jurisdiction. An Order consistent with this Memorandum Opinion is issued separately.

DATE: February 27, 2019

_____
United States District Judge