UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 28 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

DANNETTE MARTIN, )
)
Plaintiff, )
) Civ. No. 19-0416 (UNA)
)
KOMBA'S AUTO SHOP, )
)
Defendant. )

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the plaintiff's application to proceed *in forma pauperis* is GRANTED; and it is

FURTHER ORDERED that the complaint and this civil action are DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
United States District Judge

DATE: February 27, 2019